```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
DON THOMAS,                      *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *  CIVIL ACTION NO. 22-00081-JB-B
                                 *
PROGRESSIVE INSURANCE,           *
                                 *
     Defendant.                  *
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and entered June 13, 2022 (Doc. 5) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** and **ORDERED** this 7th day of July, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE